# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2008

136653

GARY L. BUSH, Guardian of GARY E. BUSH,
a Protected Person,
           Plaintiff-Appellee,

v

BEHROOZ-BRUCE SHABAHANG, M.D.,
           Defendant-Appellant,

and

JOHN CHARLES HEISER, M.D., WEST
MICHIGAN CARDIOVASCULAR SURGEONS,
GEORGE T. SUGIYAMA, M.D., M. ASHRAF
MANSOUR, M.D., VASCULAR ASSOCIATES,
P.C., and SPECTRUM HEALTH
BUTTERWORTH CAMPUS,
           Defendants.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136653
COA: 274708
Kent CC: 06-000982-NM

On order of the Court, the application for leave to appeal the May 1, 2008 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on November 19, 2008, at 9:30 a.m., on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the complaint was filed prematurely.

We further ORDER that this case be argued and submitted to the Court together with the cases of *Bush v Shabahang*, Docket Nos. 136617 and 136983. The parties may file supplemental briefs no later than November 12, 2008. They should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

_____
Clerk

d1014